# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Clay Kaminsky | **DATE:** 5/14/2026 |
| **CLERK:** J. Boyd | |
| **DOCKET #:** 26-MJ-93 | **LOG TIME:** 4:00 PM – 4:26 PM |

**DEFENDANTS NAME:** Angela Aquino

| **x  Present** | **Not Present** | **x    Custody** | **Bail** |
|---|---|---|---|

**DEFENSE COUNSEL:** Kyla Wells

| **Court Appointed** | **x    Federal Defender** | **CJA** | **Retained** |
|---|---|---|---|

**A.U.S.A:** Laura Zuckerwise

| **INTERPRETER:** | **LANGUAGE:** |
|---|---|

**Defendant arraigned on the:  x  Complaint __ Indictment __ Superseding Indictment __ Probation Violation**

| | |
|---|---|
| **___Defendant pleads NOT GUILTY to ALL counts.** | **x    Defendants first appearance.** |
| **Government Agent Sworn** | **x    Rule 5f warnings given to the govt.** |
| **DETENTION HEARING Held.** | **BAIL HEARING Held.** |

**x    Bond set at $ 250,000**

**Defendant:  x  released ___ held pending satisfaction of bond conditions.**

**x    Defendant advised of bond conditions set by the Court and signed the bond.**

**1  Surety/ies sworn, advised of bond obligations by the Court and signed the bond.**

**1  (Additional) surety/ies to co-sign bond by  May 18, 2026**

**After hearing, Court orders detention in custody.  ____  Leave to reopen granted.**

| | |
|---|---|
| **Order scheduling a Detention Hearing entered.** | **Bail Hearing set for _____** |
| **Preliminary Hearing set for** | **x    Preliminary Hearing waived by defendant** |

**At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.**

| | | |
|---|---|---|
| **x  Order of Excludable Delay/Speedy Trial entered.** | **Start Date:** 05/14/2026 | **End Date:** 06/12/2026 |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |
| **Removal (Rule 5) Proceeding held.** | |
| **Identity hearing held** | **Court: ___ Orders removal ___ Denies Removal** |
| **Defendant waives Identity hearing** | **Defendant waives Preliminary hearing** |

**No bail application presented to the court. Commitment to the District entered.**

**Medical memo issued.**

**Defendant failed to appear; bench warrant issued.**

**Status conference set for  /  /      @      am or pm   before District Judge:**

**Other Rulings:** AUSA: Laura Zuckerwise present. Defendant present with FDNY Kyla Wells. Defendant arraigned on a complaint. Contested bail package given by the Gov't and dfse counsel for $250,000 secured by two sureties. 1 Surety present; sworn and advised on the obligations of the bond via telephone call. **Second cosigner will be present May 15, 2026.** Dft advised of the bond conditions and signed the bond. Dft waives preliminary hearing; Order of Excludable delay entered. Court grants the bond for $250,000.