LZ/SMS
F. #2025R00484

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANGELA AQUINO,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

                                        UNSEALING ORDER

                                        Docket No. 26-MJ-93

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Laura Zuckerwise and Sean M. Sherman, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          May 14, 2026

                                        HONORABLE CLAY H. KAMINSKY
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK